## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TENESHIA McDANIEL and**
**ROBERT FALLS, Individually and as**
**Administrators for THE ESTATE OF TRAYVON**
**McDANIEL, Deceased**                                                    **PLAINTIFFS**

**V.**                                        **NO. 4:24-cv-01103-JM**

**JEFFERSON COUNTY, ARKANSAS,** *et al*                                **DEFENDANTS**

### ORDER

The parties' have filed an agreed motion to dismiss (Doc. No. 23) notifying the Court that

this matter has been settled. The motion is GRANTED.

DATED 14th day of April 2026.

_____
UNITED STATES DISTRICT JUDGE