**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TENESHIA McDANIEL and
ROBERT FALLS, Individually and as
Administrators for THE ESTATE OF TRAYVON
McDANIEL, Deceased**                                                         **PLAINTIFFS**

**V.**                                      **NO. 4:24-cv-01103-JM**

**JEFFERSON COUNTY, ARKANSAS,** *et al*                         **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered this day, the complaint is dismissed with prejudice.

DATED 14th day of April 2026.

_____
UNITED STATES DISTRICT JUDGE